# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| ROBERT F. MILES, | ) | 1:07-cv-00712-AWI-SMS-HC |
|---|---|---|
| Petitioner, | ) | |
| v. | ) | ORDER GRANTING |
| | ) | IN FORMA PAUPERIS STATUS |
| MENDOZA-POWERS, | ) | |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*.

IT IS SO ORDERED.

**Dated:   May 23, 2007**          /s/ Sandra M. Snyder
                         UNITED STATES MAGISTRATE JUDGE