# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT F. MILES, | 1:07-cv-00712-AWI-SMS-HC |
| Petitioner, | |
| v. | ORDER GRANTING<br>IN FORMA PAUPERIS STATUS |
| MENDOZA-POWERS, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*.

IT IS SO ORDERED.

**Dated:   May 23, 2007**             /s/ Sandra M. Snyder
                                      UNITED STATES MAGISTRATE JUDGE