# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT F. MILES, | CV F  07-00712 AWI SMS HC |
|       Petitioner, | ORDER DIRECTING CLERK OF COURT TO SERVE MAY 24, 2007, ORDER TO RESPOND ON RESPONDENT; ORDER RE-SETTING BRIEFING SCHEDULE |
|    v. | |
| MENDOZA-POWERS, Warden | [Docs. 4, 7] |
|       Respondent. / | |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    Petitioner filed the instant petition for writ of habeas corpus on May 14, 2007.  On May 24, 2007, the Court directed Respondent to file a responsive pleading to the petition.[1]  (Court Doc. 4.)  On August 31, 2007, Petitioner filed a notice with the Court that Respondent had failed to file a timely response.[2]  (Court Doc. 7.)

    A review of the Court's Electronic Case Management System reveals that Respondent was inadvertently not served with a copy of the Court's May 24, 2007, order to respond. Therefore, Respondent is unaware of the order and therefore cannot be faulted for failing to respond.

---

[1] An answer to the petition was due on or before August 27, 2007, and a motion to dismiss the petition was due on or before July 27, 2007.

[2] Petitioner also filed a motion for the appointment of counsel which is addressed by separate order.

1

Accordingly, it is HEREBY ORDERED that:

1. The Clerk of Court shall re-serve the Court's May 24, 2007, order to respond on Respondent; and

2. The briefing schedule set forth in the Court's May 24, 2007, shall be effective from the date of service of this order.

IT IS SO ORDERED.

**Dated:   September 10, 2007**            /s/ Sandra M. Snyder
                                              UNITED STATES MAGISTRATE JUDGE